1054

THE STATE OF WASHINGTON, *Respondent*, v. JOSE VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00209-4, John M. Meyer, J., entered March 26, 1998. *Affirmed* by unpublished per curiam opinion.

NIKITAS J. TSOULOUHAS, ET AL., *Appellants*, v. RANDY HUGHLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-01111-2, David A. Nichols, J., entered May 1, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09684-3, Glenna Hall, J., entered May 22, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00246-2, Joseph A. Thibodeau, J., entered June 4, 1998. *Affirmed* by unpublished per curiam opinion.